# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KRISTY SNIDER AND BRUCE SNIDER, | ) ) ) |
| Plaintiffs, | ) ) |
| -vs- | ) Case No. CIV-12-1116-F ) |
| UNITED STATES OF AMERICA, ex rel., THE UNITED STATES ARMY CORPS OF ENGINEERS, | ) ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered this same date, plaintiff's action is dismissed without prejudice for lack of subject matter jurisdiction pursuant to Rule 12(b)(1), Fed. R. Civ. P.

DATED at Oklahoma City, Oklahoma, this 29th day of July, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-1116p007.wpd